

**IT IS SO ORDERED** this 15th day of July, 2025.
**IT IS FURTHER ORDERED** that the Court will hold a telephone status conference on August 19, 2025 at 3:30 p.m.

*J. Brendan Day*
UNITED STATES MAGISTRATE JUDGE

July 13, 2025

**Via ECF**

The Honorable Michael A. Shipp
U.S. District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: *Novo Nordisk A/S et al v. LifeRxMD Inc.*,
    <u>No. 3:24-cv-09018 (D.N.J. Sep 06, 2024)</u>

Dear Judge Shipp:

  We represent defendant LifeRxMD Inc. ("Defendant") in the above matter and write to respectfully request a 30-day extension of time for Defendant to answer, move, or otherwise respond to plaintiffs Novo Nordisk A/S' and Novo Nordisk Inc.'s ("Plaintiffs") Complaint until August 18, 2025.

  Plaintiffs filed their Complaint on September 6, 2024. Defendant waived service on December 20, 2024 and sought extensions of time to respond to the Complaint. Defendant's response is currently due July 18, 2025. We have had settlement discussions with counsel for Plaintiffs and the parties are currently working on the financial terms of the settlement agreement. The parties need additional time to hopefully resolve this matter without litigation. This is Defendant's fifth request for an extension and Plaintiffs' counsel consents to this extension.

  We thank you in advance for your time and consideration.

Sincerely,

/s/ *Armin Ghiam*

cc: All Counsel of Record