

Christopher Walsh
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4883 Fax: 973-639-6326
cwalsh@gibbonslaw.com

August 26, 2025

**VIA ECF**

Hon. J. Brendan Day, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

>    Re:  *Novo Nordisk A/S et al. v. LifeRxMd Inc.*
>          Civil Action No. 3:24-cv-09018 (MAS) (JBD)

Dear Judge Day:

　　Per the Court's order dated August 19, 2025, ECF No. 24, the parties submit this joint letter regarding their respective positions on the scheduling of a settlement conference. The parties have met and conferred and believe that a settlement conference will not be fruitful until a ruling on Defendant's motion to dismiss given the parties' differing positions on the motion's merit. Moreover, as stated during the telephone status conference held on August 19, 2025, the foremost issue with settlement has been disagreement between the parties on the appropriate figure for a settlement payment. Thus, the parties believe that, once the Court issues a ruling on Defendant's motion to dismiss, settlement negotiations would benefit from discovery, at least into the issue of damages. If the foregoing meets with Your Honor's approval, the parties respectfully request that briefing on Defendant's motion to dismiss continue.

　　We thank Your Honor for your attention to this.

　　　　　　　　　　　　　　Respectfully submitted,

s/ Christopher Walsh                         s/ Armin Ghiam
Christopher Walsh                             Armin Ghiam
**GIBBONS P.C.**                              HUNTON ANDREWS KURTH LLP
One Gateway Center                           200 Park Avenue
Newark, New Jersey 07102                     New York, NY 10166
(973) 596-5400                               Tel.: (212) 908.6207
cwalsh@gibbonslaw.com                        Fax: (212) 309.1100
                                             Email: AGhiam@Hunton.com

*Attorney for Plaintiffs*
*Novo Nordisk A/S and*                       *Counsel for Defendant*
*Novo Nordisk Inc.*                          *LifeRxMd Inc.*

cc:  All Counsel of Record (via ECF)