# HUNTON

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

ARMIN GHIAM
DIRECT DIAL: 212 • 908 • 6207
EMAIL: aghiam@HuntonAK.com

FILE NO: 128128.0000001

October 28, 2025

**Via ECF**

The Honorable Michael A. Shipp
U.S. District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** *Novo Nordisk A/S et al v. LifeRxMD Inc.*,
> <u>No. 3:24-cv-09018 (D.N.J. Sep 06, 2024)</u>

Dear Judge Shipp:

      We represent defendant LifeRxMD Inc. ("Defendant") in the above-referenced matter. We write to bring to the Court's attention to the October 24, 2025 decision in *Eli Lilly & Co. v. Mochi Health Corp, et al.*, Case No. 3:25-cv-03534-JSC, pending in the Central District of California, which is relevant to the standing argument presented in Section D of our recently filed Reply Brief (ECF 34). A copy of the *Mochi Health* opinion is attached.

      Thank you in advance for your time and consideration.

Sincerely,

/s/ *Armin Ghiam*

cc:    All Counsel of Record

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON
LOS ANGELES   MIAMI   NEW YORK   NORFOLK   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC
www.HuntonAK.com